JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS ALBERTO VEGA RODRIGUEZ,<br>Petitioner,<br>v.<br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br>Respondents. | Case No. 5:26-cv-02722-FWS-SP<br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

Dated: August 30, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE